UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11039-RGS

MICHAEL BOTELHO

v.

PLYMOUTH HOUSE OF CORRECTION, et al.

ORDER

July 15, 2019

STEARNS, D.J.

On April 30, 2019, pre-trial detainee Michael Botelho filed a civil rights complaint and a motion for leave to proceed *in forma pauperis*. He alleges that the defendants are not providing him needed medication for bi-polar disorder. He also complains of other conditions of confinement.

In an order dated May 31, 2019, Dkt #5, the court granted Botelho's motion for leave to proceed *in forma pauperis* even though Botelho had not submitted the prison account statement required by 28 U.S.C. § 1915(a)(2). The court directed him to file said statement no later than July 8, 2019 and warned him that failure to do so could result in dismissal of the action. The clerk sent a copy of the order to him at his address of record. This copy of the order was not returned as undeliverable.

The time for complying with the court's May 31, 2019 order to file a prison account statement has passed without any response from Botelho.

Accordingly, the court hereby orders that this action be DISMISSED without prejudice for failure to comply said order. The summonses are withdrawn and Botelho shall not make any attempt to serve them on the defendants. The clerk shall enter a separate final order of dismissal.

**SO ORDERED.**

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE